UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
Eastern Division

Dr. Robert Gerber

          Plaintiff,

v.                Case No.: 1:20–cv–00425
                 Honorable Martha M. Pacold

Republic Pharmaceuticals, LLC, et al.

          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 16, 2020:

  MINUTE entry before the Honorable Martha M. Pacold: Status hearing set for 3/19/2020 is stricken. Pursuant to the Stipulation To Dismiss [14] filed by the parties on 3/13/20, Plaintiff's individual claims against Republic Pharmaceuticals, LLC are dismissed with prejudice and without costs. The claims of the putative class are dismissed without prejudice and without costs. The claims against John Does 1–10 are dismissed without prejudice and without costs.(rao, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.